IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINSVILLE DIVISION

| | |
|---|---|
| VICTORIA JOHNSON, on behalf of herself and all others similarly situated who consent to their inclusion,<br><br>    Plaintiffs,<br><br>v.<br><br>OWNERWIZ, LLC, et al.,<br><br>    Defendants. | Civil Action File No.:<br>2:12-CV-0298-WCO |

## DECLARATION OF EDWARD ZIMBARDI

I, Edward Zimbardi, declare under the penalty of perjury as follows:

1. I am over the age of eighteen (18) and have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would competently testify thereto. I give this Declaration voluntarily in support of Ownerwiz, LLC's Motion to Dismiss in the above-referenced action, and I testify that the matters set forth herein are true and correct.

2. I am a Manager and Member of Ownerwiz, LLC.

3. Ownerwiz, LLC was founded with the intent to conduct business under that name; however, no actual business was ever established following Ownerwiz, LLC's formation.

4. Ownerwiz, LLC has never actively conducted business in Georgia or any other state, Ownerwiz, LLC has never had any employees, Ownerwiz, LLC has never owned any property, Ownerwiz, LLC has never earned any income, Ownerwiz, LLC has never owned any assets, and Ownerwiz, LLC has never had any liabilities.

5. Other than registering Ownerwiz, LLC with the state of Georgia, the only other steps we took towards establishing Ownerwiz, LLC as a business was to open a bank account that was rarely used and was then closed within roughly six months of when it was opened.

6. Ownerwiz, LLC has never employed the Plaintiff, Victoria Johnson.

7. Plaintiff Victoria Johnson was an employee of Defendant Fulfillment Central Publishing, Inc., a companyI previously held an ownership interest in.

8. Ownerwiz, LLChas no relationship to Fulfillment Central Publishing, Inc., which is a separate and distinct corporate entity.

9. Ownerwiz, LLC does not exercise any control over the business or employment decisions of Fulfillment Central Publishing, Inc.

10. Ownerwiz, LLC and Fulfillment Central Publishing, Inc. have never had any related activities or any common business purpose. Further, as Ownerwiz, LLC has never conducted business it also never maintained any shared operations or activities with Fulfillment Central Publishing, Inc.

I declare under the penalty of perjury under the laws of the United States of America that the above is true and correct. Executed pursuant to 28 U.S.C. 1746 this the __1__ day of February, 2013, in Braselton, Georgia.

_____
Edward Zimbardi